UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**CIVIL ACTION NO. 22-76-DLB**

**JAQUAN ARKEEM HALE**                                                                                           **PETITIONER**

**v.**                                                **JUDGMENT**

**WARDEN, USP-BIG SANDY**                                                                                  **RESPONDENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)   Jaquan Arkeem Hale's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. # 1) is **DENIED**;

(2)   This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

(3)   This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 19th day of October, 2023.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\PSO Orders\22-76 Judgment.docx